UNITED STATES DISTRICT COURT OR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. C-CR-91-49 |
| | ) | |
| vs | ) | ORDER TO TERMINATE |
| | ) | SUPERVISED RELEASE |
| TERRY DUNCAN | ) | |
| | ) | |

*This cause* coming on to be heard and being heard before the undersigned upon Motion of the Defendant to terminate his Supervised Release. Good cause having been shown,

*It is therefore ordered* adjudged and decreed that the Supervised Release term of the Defendant be terminated.

This the ____ day of May, 2005.

Graham C. Mullen
Chief U.S. District Court Judge